## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Jose G.A.M.,                                                    Civil No. 26-743 (DWF/DJF)

              Petitioner,

v.

                                               **ORDER**

Pamela Bondi, *Attorney General*; Kristi
Noem, *Secretary of the U.S. Department
of Homeland Security*; Todd M. Lyons,
*Acting Director of Immigration and
Customs Enforcement*; and David
Easterwood, *Acting Director, St. Paul
Field Office, Immigration and Customs
Enforcement*,

              Respondents.

On January 30, 2026, the Court granted Petitioner's petition for writ of habeas corpus and ordered Respondents to immediately release Petitioner from custody. (Doc. No. 8.) Respondents were also ordered to file an update on or before February 2, 2026, confirming Petitioner's release. Respondents did not file any such update.

Accordingly, **IT IS HEREBY ORDERED** that:

1.     Respondents must file a letter no later than 2 p.m. CT on February 5, 2026, confirming that Petitioner was released and, if not, the reasons for Petitioner's continued detention, and the schedule for his release.

2.      Absent assurance that Petitioner will be released by 3 p.m. CT on

February 5, 2026, the Court will issue an order to show cause why Respondents should

not be held in contempt, and a contempt hearing shall be scheduled.


Dated:  February 4, 2026                    s/Donovan W. Frank
                                            DONOVAN W. FRANK
                                            United States District Judge